McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
2500 Tulare Street, Room 4-401
Fresno, California 93721
Telephone: (559) 497-4000

FILED
JAN 07 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CR-00247 AWI |
| Plaintiff, | [Proposed] |
| v. | ORDER DECLARING REVOCATION AND FORFEITURE OF BOND |
| RENE CASTENEDA, | |
| Defendant, and | |
| JOSE M. BARRON and ANA ERIKA BARRON, | |
| Sureties. | |

The defendant having violated the conditions of his release, and his current whereabouts are unknown,

IT IS HEREBY ORDERED that the appearance bond on the above-named defendant is revoked and ordered forfeit. The U.S. Attorney shall take all necessary steps in regard to forfeiture of the property or monies posted with the Court to secure the bond.

DATED: ~~November~~ January 7, 2008

HONORABLE ANTHONY W. ISHII
U.S. District Judge

1