IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CRIMINAL NO. 06-CR-247 |
| ) | |
| Plaintiff, ) | |
| VS. ) | |
| ) | |
| RENE CASTANEDA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**ORDER**
**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

It is hereby ordered that Arturo Hernandez be relieved as attorney of record in the matter of U.S. vs. Rene Castaneda Case No. 06 cr 247.

IT IS SO ORDERED.

**Dated:   April 15, 2008**                              **/s/ Anthony W. Ishii**
                                                         UNITED STATES DISTRICT JUDGE