IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00247 DAD |
|---|---|
| Plaintiff, | **ORDER DISMISSING DEFENDANT FROM INDICTMENT** |
| v. | **(Fed.R.Crim.P 48(A))** |
| RENE CASTANEDA, | |
| Defendant. | |

The United States of America, having moved this Court to dismiss the indictment as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice in the interest of justice.

IT IS FURTHER ORDERED that the warrant be recalled and this case be closed.

IT IS SO ORDERED.

Dated: __**December 11, 2018**__  _____
UNITED STATES DISTRICT JUDGE

1